February 25, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

DAVID WIGHT CONSTRUCTION COMPANY, LTD., Appellant

NO. 14-12-01003-CV                          V.

FEDERAL DEPOSIT INSURANCE COMMISSION AS RECEVER
FOR FIRST NATIONAL BANK, N.A., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Federal Deposit Insurance Commission as Receiver for First National Bank, N.A., signed, August 7, 2012, and made final by a severance order signed October 5, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**. We order appellant, David Wight Construction Company, Ltd. to pay all costs incurred in this appeal. We further order this decision certified below for observance.